Irwin FEUER et al., Appellants, v.
BOOTH STEAMSHIP CO.,
Appellee.

No. 200, Docket 22258.

United States Court of Appeals
Second Circuit.

Argued March 5, 1952.

Decided April 17, 1952.

Bigham, Englar, Jones & Houston, Henry N. Longley, and F. Herbert Prem, all of New York City, for appellants.

Haight, Deming, Gardner, Poor & Havens and Wharton Poor, New York City, argued James McKown, Jr., New York City, of counsel, for appellee.

Before L. HAND, AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below, American Cyanamid Co. v. Booth S.S. Co., D.C., 99 F.Supp. 232.

Merle E. KEMPER, Doing Business as Merle E. Kemper Company, Appellant, v. SUPERIOR CONCRETE ACCESSORIES, Inc., a Corporation.

No. 14431.

United States Court of Appeals
Eighth Circuit.

March 5, 1952.

Trusty, Pugh & Green, Kansas City, Mo., for appellant.

Watson, Ess, Whittaker, Marshall & Enggas, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution.

Daniel M. KENT, Appellant v. Emery E. JACQUES, Warden of the Branch State Prison at Marquette, Michigan, Appellee.

No. 11438.

United States Court of Appeals
Sixth Circuit.

March 14, 1952.

Wm. G. Lavell, Cincinnati, Ohio, for appellant.

Frank G. Millard, Atty. Gen., Edmund E. Shepherd, Sol. Gen., Lansing, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel and upon consideration thereof the Court is of the opinion that there is no reversible error upon the record.

It is therefore ordered and adjudged that the order appealed from denying a writ of habeas corpus should be and is in all things hereby affirmed.

Clarence MAHURIN, Petitioner, v. SHERIFF OF ST. FRANCOIS COUNTY, MO.

No. 14558.

United States Court of Appeals
Eighth Circuit.

March 5, 1952.

Clarence Mahurin, pro se.

PER CURIAM.

Application of Petitioner for Writ of Mandamus dismissed for want of jurisdiction.